# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 OCT 11 PM 1:01
DEPUTY CLERK _____

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Martinez (02)<br>_Defendant_ | )<br>)  Case No.  2:17-MJ-100<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Juan Martinez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about October 9, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, Juan Martinez, defendant, did knowingly and intentionally conspire with others to possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and did possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.  In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii).

Date:  10/10/2017

_Lee Ann Reno_
Issuing officer's signature

City and state:  Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  10-11-2017 , and the person was arrested on _(date)_  10-9-2017
at _(city and state)_  Panhandle, TX .

Date:  10-11-2017

_Arresting officer's signature_

Vann J. Wilson TFO DEA
_Printed name and title_