# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 OCT 11  PM 1:01
_____ DEPUTY CLERK

| | |
|---|---|
| JUDGE: LEE ANN RENO | |
| DEPUTY CLERK: E. Brito | COURT REPORTER/TAPE NO: Digital |
| LAW CLERK: | USPO/PTSO: R. Avent |
| INTERPRETER: | COURT TIME: 5 min. |
| DIVISION HELD: Amarillo | DATE: 10/11/17   TIME: 9:30 a.m. |

CR. NO. **2:17-MJ-100**  DEFT **2**

UNITED STATES OF AMERICA § Anna Bell, AUSA

V. § _____ A

JUAN MARTINEZ § _____ A

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

- [✓] INITIAL APPEARANCE ___ IDENTITY ___ BOND HEARING ___ PRELIMINARY HEARING
- ___ DETENTION HEARING ___ COUNSEL DETERMINATION HEARING ___ REMOVAL HEARING ___ EXTRADITION HEARING
- ___ HEARING CONTINUED ON _____ CASE NO. _____ ___ OTHER DISTRICT ___ DIVISION
- [✓] DATE OF FEDERAL ARREST/CUSTODY: _____ ___ SURRENDER _____ ___ RULE 5/32 ___ APPEARED ON WRIT
- [✓] DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___ PROBATION/SUPERVISED RELEASE VIOLATOR
- ___ DEFT FIRST APPEARANCE WITH COUNSEL.
- [✓] DEFT ___ MW (MATERIAL WITNESS) _____ APPEARED ___ WITH [✓] WITHOUT COUNSEL
- [✓] REQUESTS APPOINTED COUNSEL.
- [✓] FINANCIAL AFFIDAVIT EXECUTED.
- ___ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
- [✓] PRIVATE COUNSEL to be APPOINTED _____
- ___ DEFT HAS RETAINED COUNSEL _____
- ___ ARRAIGNMENT SET _____  [✓] DETENTION HEARING SET 10-17-17 @ 3:30pm
- [✓] PRELIMINARY HEARING SET 10-17-17 @ 3:30pm  ___ BOND HEARING SET _____
- ___ COUNSEL DETERMINATION HEARING SET _____
- ___ IDENTITY/REMOVAL HEARING SET _____
- ___ BOND ___ SET ___ REDUCED TO $ _____ ___ CASH ___ SURETY ___ 10% ___ PR ___ UNS ___ 3RD PTY ___ MW
- ___ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
- ___ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
- ___ ORDER OF DETENTION PENDING TRIAL ENTERED.
- ___ DEFT ADVISED OF CONDITIONS OF RELEASE.
- ___ BOND EXECUTED ___ DEFT ___ MW RELEASED ___ STATE AUTHORITIES ___ INS
- [✓] DEFT ___ MW [✓] REMANDED TO CUSTODY.
- ___ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
- ___ WAIVER OF ___ PRELIMINARY HEARING ___ RULE 5/32 HEARING ___ DETENTION HEARING
- ___ COURT FINDS PROBABLE CAUSE ___ ID ___ PC.
- ___ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
- ___ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

REMARKS: _____