IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:17-MJ-100 (2) |
| | § | |
| | § | |
| JUAN MARTINEZ | § | |

ORDER ON INITIAL APPEARANCE AND ORDER
SCHEDULING PRELIMINARY EXAMINATION AND DETENTION HEARING

On the 11th day of October 2017, in the above-referenced cause, defendant, JUAN MARTINEZ, appeared in person and without counsel, before the undersigned United States Magistrate Judge for the purpose of his Initial Appearance in accordance with Rule 5, Federal Rules of Criminal Procedure. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Rule 5, the defendant received a copy of the Complaint that had been filed against him in this cause, and acknowledged that he understood same. The defendant was advised of his rights relative to the making and the refusal to make statements which might be used against him and acknowledged that he understood such rights. The defendant was further advised of his right to retain counsel and of his right to request the Court to appoint counsel to represent him free of charge if he is unable to afford to retain counsel. The defendant acknowledged that he understood his right to counsel, and requested the Court appoint counsel to represent him in this cause. The Court will appoint counsel to represent the defendant in this cause.

At the Initial Appearance, the government filed a Motion for Pretrial Detention alleging there

are no conditions of release which will reasonably assure the defendant's appearance, as required. The defendant was advised of his right to a Preliminary Examination and a Detention Hearing, and acknowledged that he understood such rights. The defendant's Preliminary Examination and Detention Hearing will be held on **Tuesday, October 17, 2017**, **at 3:30 p.m.** in the 3rd Floor Courtroom, 205 S.E. Fifth Avenue, Amarillo, Texas.

Defendant, JUAN MARTINEZ, was remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

ENTERED this 11th day of October, 2017.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE