UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 OCT 17 PM 5:49
DEPUTY CLERK

| | |
|---|---|
| JUDGE: LEE ANN RENO | |
| DEPUTY CLERK: E. Brito | COURT REPORTER/TAPE NO: D |
| LAW CLERK: | USPO/PTSO: L. Avent |
| INTERPRETER: | COURT TIME: 55 min |
| DIVISION HELD: Amarillo | DATE: 10/17/17   TIME: 3:30 p.m. |

CR. NO. __2:17-MJ-100__   DEFT __2__

UNITED STATES OF AMERICA § Anna Bell , AUSA

V.

David M. Russell    A

JUAN MARTINEZ §

_____ A

DEFENDANT(S) NAME(S) AND NUMBER(S)   §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

___ INITIAL APPEARANCE ___ IDENTITY ___ BOND HEARING ✓ PRELIMINARY HEARING
✓ DETENTION HEARING ___ COUNSEL DETERMINATION HEARING ___ REMOVAL HEARING ___ EXTRADITION HEARING
___ HEARING CONTINUED ON _____ CASE NO. _____ ___ OTHER DISTRICT ___ DIVISION
___ DATE OF FEDERAL ARREST/CUSTODY: _____ ___ SURRENDER _____ RULE 5/32 ___ APPEARED ON WRIT
___ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___ PROBATION/SUPERVISED RELEASE VIOLATOR
___ DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___ MW (MATERIAL WITNESS) _____ APPEARED ✓ WITH ___ WITHOUT COUNSEL
___ REQUESTS APPOINTED COUNSEL.
___ FINANCIAL AFFIDAVIT EXECUTED.
___ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___ PRIVATE COUNSEL APPOINTED _____
___ DEFT HAS RETAINED COUNSEL _____
___ ARRAIGNMENT SET _____ ___ DETENTION HEARING SET _____
___ PRELIMINARY HEARING SET _____ ___ BOND HEARING SET _____
___ COUNSEL DETERMINATION HEARING SET _____
___ IDENTITY/REMOVAL HEARING SET _____
✓ BOND ✓ SET ___ REDUCED TO $ 25,000 ___ CASH ___ SURETY ✓ (10%) ___ PR ___ UNS ___ 3RD PTY ___ MW
___ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ ORDER OF DETENTION PENDING TRIAL ENTERED.
✓ DEFT ADVISED OF CONDITIONS OF RELEASE.
___ BOND EXECUTED ___ DEFT ___ MW RELEASED ___ STATE AUTHORITIES ___ INS
___ DEFT ___ MW ___ REMANDED TO CUSTODY.
___ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
✓ WAIVER OF ✓ PRELIMINARY HEARING ___ RULE 5/32 HEARING ___ DETENTION HEARING
___ COURT FINDS PROBABLE CAUSE ___ ID ___ PC.
___ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

REMARKS: _ITO Vern Wilson sworn and testified. Witness Maria Martinez sworn and testified._