AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 OCT 17  PM 5: 49

DEPUTY CLERK _____

NORTHERN DISTRICT OF TEXAS

USA

V.

JUAN MARTINEZ

## EXHIBIT AND WITNESS LIST

Case Number:  2:17-MJ-100 (2)

| PRESIDING JUDGE<br>LEE ANN RENO | PLAINTIFF'S ATTORNEY<br>Anna Bell - Asst. U. S. Attorney | DEFENDANT'S ATTORNEY<br>David M. Russell |
|---|---|---|
| TRIAL DATE (S)<br>10/17/17 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>E. Brito |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |   | 10/17/17 |   |   | DEA TFO Vern Wilson sworn and testifed. |
|   | X | 10/17/17 |   |   | Maria Martinez sworn and testified. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages