IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:17-MJ-100 (2) |
| | § | |
| JUAN MARTINEZ. | § | |

ORDER ON PRELIMINARY EXAMINATION AND DETENTION HEARING
AND ORDER DENYING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

On the 17th day of October 2017, the above-referenced case was called for the purpose of a Preliminary Examination and Detention Hearing. The defendant, JUAN MARTINEZ, appeared in person and with appointed counsel, Mr. David M. Russell. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government had previously filed a motion for pretrial detention of defendant alleging there are no conditions of release which will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community. The government also gave notice that they would seek to invoke the rebuttable presumption against the defendant on the basis that there is probable cause to believe the defendant committed a ten (10) year drug offense.

Based upon the testimony and arguments presented, The Court finds there is probable cause to believe that defendant committed the offense as charged in the Complaint, and this case is Ordered bound over for presentation to the Grand Jury.

On the issue of detention, the Court finds the presumption to have been invoked, but further finds the defendant has rebutted that presumption of flight and danger. The Court finds

the defendant should be released on a $25,000 secured bond with 10% ($2,500) being deposited with the Court, and certain specific conditions of release. The defendant was advised of the conditions of his release and acknowledged that he understood such conditions.

Defendant, JUAN MARTINEZ, was remanded to the custody of the United States Marshal pending notification to the Court of the posting of the bond.

IT IS SO ORDERED.

ENTERED this 19th day of October, 2017.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE