IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-17CR-113-D |
| TONI FREDDY HERRERA (01)<br>JUAN MARTINEZ (02)<br>JESSICA OREGEL RODRIGUEZ (03) | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about October 9, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Toni Freddy Herrera, Juan Martinez**, and **Jessica Oregel Rodriguez**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

Toni Freddy Herrera, et al.
Indictment - Page 1

Count Two
Possession with Intent to Distribute
500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about October 9, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Toni Freddy Herrera**, **Juan Martinez**, and **Jessica Oregel Rodriguez**, defendants, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:  sean.taylor@usdoj.gov

Toni Freddy Herrera, et al.
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

TONI FREDDY HERRERA (01)
JUAN MARTINEZ (02)
JESSICA OREGEL RODRIGUEZ (03)

INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and 18 U.S.C. § 2.

(2 COUNTS)

A true bill rendered:

Amarillo _____ _Alisa Scott_ Foreperson

Filed in open court this 26th day of _October_ , A.D. 2017.

_____ Clerk

DEFENDANT HERRERA IN FEDERAL CUSTODY
DEFENDANTS MARTINEZ AND RODRIGUEZ ON BOND
(Magistrate Case No. 2:17-MJ-100 – filed 10/10/2017)

_____
UNITED STATES MAGISTRATE JUDGE