# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | 2:17-CR-113 (2) |
| § | |
| JUAN MARTINEZ § | |

## ORDER SCHEDULING ARRAIGNMENT

Arraignment of defendant, JUAN MARTINEZ, in the above-referenced and numbered cause, will be held at **Friday, November 3, 2017 at 1:30 p.m.** in the Third Floor Courtroom, 205 Southeast Fifth Avenue, Amarillo, Texas.

IT IS SO ORDERED.

ENTERED this  27th  day of October, 2017.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE