IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:17-CR-113 (2) |
| | § | |
| | § | ECF |
| JUAN MARTINEZ | § | |

## JUAN MARTINEZ' MOTION FOR CONTINUANCE

COMES NOW Juan Martinez, a Defendant in the above captioned case and files this his Motion for Continuance from the hearing currently set for Friday, August 10, on the Government's Motion to Revoke Pretrial Release. In support of this Motion, Martinez would show the court as follows:

1. Defendant admits the allegations contained in Paragraph II.1.

2. Defendant admits the allegations contained in Paragraph II.2.

3. Defendant admits the allegations contained in Paragraph II.3.

4. Defendant admits the allegations contained in Paragraph II.4.

5. Defendant admits the allegations contained in Paragraph II.5.

6. Counsel for Defendant received the Motion to Revoke Pretrial Release at 3:03 p.m. on Monday, August 6, 2018. The Order setting hearing for Friday, August 10, 2018, was received at 3:13 p.m.

7. Defendant currently resides in Las Vegas, Nevada, with his wife and five children. At this time they have no means of transportation, nor the funds to make an additional trip to Amarillo, Texas, prior to the sentencing hearing currently scheduled for Wednesday, August 22, 2018.

8.      It is anticipated that Defendant's wife, Jessica Rodriguez will also need to be present at any such hearing to give testimony regarding the allegations contained in the Government's Motion.  With both parents' presence required at the hearing, adequate arrangements will have to be made to care for the couple's five children on an extremely short deadline.

9.      Defendant respectfully requests that this Court continue the hearing on the Government's Motion until August 17, 2018.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant this Motion for Continuance and vacate the current hearing date and reschedule same for August 17, 2018, and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

/s/ *David M. Russell*
David M. Russell
State Bar No. 17409300
david@tshhr.com
TEMPLETON, SMITHEE, HAYES,
    HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
Amarillo, Texas 79101
Telephone No. 806/324-0324
Telecopy No. 806/379-8568
***ATTORNEY FOR***
***DEFENDANT JUAN MARTINEZ***

## CERTIFICATE OF CONFERENCE

I, David M. Russell, certify that I conferred with the following parties on the 8th day of August, 2018:

Assistant U.S. Attorney Sean Taylor stated that the Government does not oppose the motion.

Mark Packard, Counsel for Co-Defendant, Jessica Oregel Rodriguez, does not oppose the Motion.

/s/ *David M. Russell*
David M. Russell

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of Defendant JUAN MARTINEZ's Motion for Continuance was electronically served via the CM/ECF system of the United States District Court for the Northern District of Texas on Assistant United States Attorney Sean Long, Mark Packard, Counsel for Co-Defendant, Jessica Oregel Rodriguez and Ron Spriggs, Counsel for Co-Defendant Toni Freddy Herrera on the 8th day of August, 2018.

/s/ *David M. Russell*
David M. Russell