# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:17-CR-113-D (02) |
| VS. | § | |
| | § | |
| JUAN MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

The above named defendant has discharged all obligations of the bond posted in this case and the government does not object to the release of the cash bond which was posted by Maria Martinez-Servin on behalf of Juan Martinez on October 18, 2017.

The Clerk shall return the $2,500.00 posted in this action to Maria Martinez-Servin at 6820 Bottle Sage Ave, Las Vegas, NV 89130.

**SO ORDERED**.

January 22, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE